IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL M. HOWARD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-0921-K |
| | § | |
| OFFICE OF THE SPECIAL | § | |
| DEPUTY RECEIVER, | § | |
| Defendant. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Lumbermens Mutual Casualty Company's … Motions to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1)-(2)*, filed June 24, 2021 (doc. 18), and *Defendant Office of the Special Deputy Receiver's … Motions to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1)-(2)*, filed June 24, 2021 (doc. 19), are both **GRANTED**. By separate judgment, the

plaintiff's claims against the defendants will be **DISMISSED without prejudice** for lack of subject matter jurisdiction and lack of personal jurisdiction.

**SO ORDERED.**

**Signed March 1st, 2022.**

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**